# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Carl Whitmore, et al.

                              Plaintiff,

v.                                                   Case No.: 1:22−cv−01012

                                                           Honorable Matthew F. Kennelly

Abbott Laboratories

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 6, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: This case is dismissed with prejudice pursuant to the Court's memorandum opinion and order dated 5/22/2023 (dkt. no. 139) in In re Recalled Infant Formula Products Liability Litigation (MDL No. 3037; Case No. 22 C 4148). MDL member case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.